# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tyrone William Holland**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00581-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Irwin H Carmichael<br>Trishawn Cherry<br>Felicia McAdoo<br>R. Andrew Murray**,**<br>Defendant(s). | )<br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2017 Order.

December 19, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court